IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                          No. 4:06CR00056 JLH

MICHAEL CRAIG LAMINACK

### ORDER

Michael Craig Laminack has filed a motion to terminate his probation. He states that he has fully satisfied all of the conditions of probation, including restitution. The government has responded stating that it does not object and that the probation office does not object. Accordingly, the motion to terminate probation is GRANTED. Document #20. Michael Craig Laminack's probation is hereby terminated effective today. The Clerk is directed to send a copy of this order to the probation office.

IT IS SO ORDERED this 13th day of February, 2008.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE